IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHERYLL GOEDERT,

        Plaintiff,                    Case No. 5:20-cv-00306-Oc-30PRL

v.

JOHN DOES 1-10,

        Defendants.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Sheryll Goedert, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, before the opposing parties have appeared in the case, with all parties bearing their own fees and costs.

Dated:  April 5, 2021

                                              Respectfully submitted,

                                              */s/ David P. Hathaway*
                                              DAVID P. HATHAWAY
                                              Florida Bar No. 491411
                                              TIM W. SOBCZAK
                                              Florida Bar No. 84707
                                              **DEAN, MEAD, EGERTON, BLOODWORTH,**
                                              **CAPOUANO & BOZARTH, P.A.**
                                              420 S. Orange Avenue, Suite 700
                                              Orlando, FL 32801
                                              Telephone: (407) 841-1200
                                              Facsimile:  (407) 423-1831
                                              dhathaway@deanmead.com
                                              tsobczak@deanmead.com
                                              smarshall@deanmead.com
                                              kgovin@deanmead.com
                                              Attorneys for Plaintiff

1

and

/s/ *Edwin A. Green, III*
EDWIN A. GREEN, III
Florida Bar No. 606111
**BLANCHARD, MERRIAM, ADEL, KIRKLAND & GREEN, P.A.**
P.O. Box 1869
Ocala, Florida 34478
(352) 732-7218
tgreen@bmaklaw.com
lcaldwell@bmaklaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing to all CM/ECF participants.

*/s/ David P. Hathaway*
DAVID P. HATHAWAY
Florida Bar No. 491411

2

O3240835.v1