UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHERYLL GOEDERT,

    Plaintiff,

v.     Case No: 5:20-cv-306-JSM-PRL

JOHN DOE 1-10,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's Notice of Dismissal with Prejudice (Dkt. 16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own fees and costs.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of April, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record